UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLORIA J. HOEGH,

    Plaintiff,

v.                                              Case No: 6:15-cv-118-Orl-18TBS

EMERSON R. THOMPSON, CYNTHIA Z.
MACKINNON, WILLIAM D. PALMER, VINCENT G.
TORPY, JR. and KERRY I. EVANDER,

    Defendants.

## ORDER

This cause comes for consideration on Plaintiff Gloria J. Hoegh's application to proceed in district court without prepaying fees or costs (Doc. 3), which the Court construes as a motion to proceed in forma pauperis. The Court referred the motion to United States Magistrate Judge Thomas B. Smith for a report and recommendation. Hoegh filed an objection (Doc. 11) to Judge Smith's Report and Recommendation (Doc. 7). Having reviewed the Report and Recommendation and the Objection, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 7) is **APPROVED** and **ADOPTED**.
2. The Court **DENIES** Plaintiff Gloria J. Hoegh's application to proceed in district court without prepaying fees or costs (Doc. 3), which the Court construes as a motion to proceed in forma pauperis.
3. Plaintiff Gloria J. Hoegh's complaint (Doc. 1) is **DISMISSED** with prejudice.
4. The Clerk of Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this \_\_19\_\_ day of February, 2015.

                                                G. KENDALL SHARP
                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties