UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLORIA J. HOEGH,

      Plaintiff,

v.                                          Case No: 6:15-cv-118-Orl-18TBS

EMERSON R. THOMPSON, CYNTHIA
Z. MACKINNON, WILLIAM D.
PALMER, VINCENT G. TORPY, JR.
and KERRY I. EVANDER,

      Defendants.

_____

## ORDER

This cause comes for consideration on Plaintiff Gloria J. Hoegh's Motion for Permission to Appeal In Forma Pauperis (Doc. 15). The Court referred the motion to United States Magistrate Judge Thomas B. Smith for a report and recommendation. Hoegh filed no objections to Judge Smith's Report and Recommendation (Doc. 16). Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 16) is **APPROVED** and **ADOPTED**.

2. The Court **DENIES** Plaintiff Gloria J. Hoegh's Motion for Permission to Appeal In Forma Pauperis (Doc. 15).

3. The Court **CERTIFIES** that Hoegh's appeal is not taken in good faith.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of May, 2015.

                                                       G. KENDALL SHARP
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties